IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-305-MOC-DCK

| | |
|---|---|
| MANISH ATMA, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE IRON THUNDER SALOON & GRILL ) | |
| HICKORY, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Rule 26(f) Initial Attorney's Conference And Issuance Of A Scheduling Order" (Document No. 23) filed February 21, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b) and immediate review is appropriate. Having carefully considered the motion, and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Motion For Rule 26(f) Initial Attorney's Conference And Issuance Of A Scheduling Order" (Document No. 23) is **GRANTED**. The parties shall conduct an Initial Attorney's Conference and file a Certification Of Initial Attorney's Conference, consistent with Fed.R.Civ.P.26(f) and Local Rule 16.1, on or before **June 15, 2011**.

Signed: May 24, 2011

David C. Keesler
United States Magistrate Judge