IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3: 10cv305

| | |
|---|---|
| MANISH ATMA; and HITESH PATEL, ) ) Plaintiffs, ) ) Vs. ) ) THE IRON THUNDER SALON & ) GRILL, INC.; and DANIELLE DUNN, ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the court on plaintiffs' Motion to Dismiss the claims asserted against defendant Danielle Dunn without prejudice. For cause, plaintiffs have shown that they have been unable to locate defendant and have otherwise reached a settlement of the action among the participating parties. Having closely reviewed the motion and determined that the relief sought is in the interest of justice and in compliance with Rule 41(a)(2), Federal Rules of Civil Procedure, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiffs' Motion to Dismiss (#46) the claims asserted against defendant Danielle Dunn without prejudice is **GRANTED,** and the claims against such defendant are **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that based on such disposition as to Defendant Dunn and the Stipulation of Dismissal (#47) filed by the remaining parties, the Clerk of Court is instructed to **TERMINATE** this action.

Signed: February 2, 2012

Max O. Cogburn Jr.
United States District Judge